IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STANLEY FELTON #283330,

                                                           ORDER

              Plaintiff,

                                                   08-cv-227-slc

     v.

PETER ERICKSEN, CAPT. BRANT,
LIZ LEMERY and LT. LAMBRECHT,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Stanley Felton's "Motion for Stay on Serving Defendants with Original Complaint" is DENIED as moot. The defendants were served with plaintiff's original complaint on July 2, 2008, two weeks before plaintiff's present motion to stay was filed.

      Entered this 25th day of July, 2008.

                                                   BY THE COURT:

                                                 /s/

                                                 STEPHEN L. CROCKER
                                                 Magistrate Judge