# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

STANLEY FELTON #283330,

       Plaintiff,

  v.

PETER ERICKSEN, CAPT. BRANT,
LIZ LEMERY and LT. LAMBRECHT,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-227-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

PETER OPPENEER

**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____4/29/09_____
Date